# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **ALFRED AND KAREN NORTHCUTT** | § | |
| **PLAINTIFFS,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.: 4:18-CV-03902** |
| | § | |
| **TEXAS FARMERS INSURANCE** | § | |
| **COMPANY** | § | |
| **DEFENDANT** | § | |

### RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Alfred and Karen Northcutt, and Defendant, Texas Farmers Insurance Company, by and through their respective undersigned counsel, and hereby stipulate and agree that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 5, 2020.

Respectfully submitted:

**NIELSEN & TREAS, LLC**

By: */s/ Deani Beard Milano*
    Deani Beard Milano
    Louisiana State Bar #24358
    TX Fed. Bar #365623
    Nielsen & Treas, LLC
    3838 North Causeway Blvd., Suite 2850
    Metairie, LA 70002
    Telephone: (504) 837-2500
    Facsimile: (504) 832-9165
    Email: dmilano@nt-lawfirm.com

AND

**BAKER & HOSTETLER, LLP**

Douglas D. D'Arche
State Bar No. 00793582
Bradley K. Jones
State Bar No. 24060041
811 Main St., Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
E-mail: ddarche@bakerlaw.com
bkjones@bakerlaw.com

*Counsel for Defendant,*
*Texas Farmers Insurance Company*

AND

By:  */s/ Shane McClelland*
Shane McClelland
TX Bar# 24046383
SDTX Bar No.: 642324
Attorney-in-Charge for Plaintiffs
The Law Offices of Shane McClelland
24275 Katy Freeway, Suite 400
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
Email: Shane@hmtrial.com

AND

Martin Bienstock
Bienstock PLLC
1629 K St. NW, Suite 300
Washington, DC 20902
Phone: (202) 908-6601
Fax: (202) 731-1204
Email: MBienstock@BienstockPLLC.com

*Attorneys for Plaintiffs, Alfred and Karen*
*Northcutt*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System on this 5th day of August, 2020.

Shane McClelland
The Law Offices of Shane McClelland
24275 Katy Freeway, Suite 400
Katy, Texas 77494
shane@hmtrial.com

Martin Bienstock
Bienstock PLLC
1629 K. St. NW, Suite 300
Washington, DC 20902
M. Bienstock@Bienstock.com
Attorneys for Plaintiffs, Alfred and Karen Northcutt

*/s/ Deani Beard Milano*
Deani Beard Milano